Wednesday, August 24, 2011

No. 11–0670/MC.   U.S. v. Dean H. Lacroix.   CCA 201100126.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 12, 2011.

Thursday, August 25, 2011

No. 11–0239/AR.   U.S. v. Phillip L. Pierce.   CCA 20080009.   Appellee's motion to file a supplemental joint appendix granted.

No. 11–0639/AR.   U.S. v. Tanner P. Forry.   CCA 20080334.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including September 8, 2011,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, August 26, 2011

No. 11–0558/AR.   U.S. v. Alvaro Garcia, Jr.   CCA 20080839.   Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL

ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 10–5004/AF. U.S. v. Ryan D. Humphries. CCA 37632. Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the Air Force Court of Criminal Appeals was filed by the United States under Rule 30 on this date.

No. 11–5005/MC. U.S. v. Jeremy J. Nash. CCA 201000220. The motion filed by the United States for an enlargement of time to file a certificate for review is granted, ***but only up to and including September 16, 2011***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case***.

No. 11–5006/MC. U.S. v. Jonathan E. Lee. CCA 200600543. The motion filed by the United States for an enlargement of time to file a certificate for review is granted, ***but only up to and including September 9, 2011***, and· ***absent extraordinary circumstances, no further extension of time will be granted in this case***.

